IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

AGRI STAR MEAT & POULTRY, LLC
and IOWA POULTRY FARMS, LLC,

   Plaintiffs,

vs.

MORIAH CAPITAL, L.P. et al.,

   Defendants.

No. 10-CV-1019-LRR

**ORDER**

_____

   This matter is before the court on its own motion.  On July 5, 2012, the court held a status conference with the parties.  Rachel Thomas Rowley, Richard K. Updegraff and Brian P. Rickert appeared on behalf of Plaintiffs, and Diane Kutzko, Leo L. Esses, Mark L. Zaiger and Stephen Wagner appeared on behalf of Defendants.

   As discussed during the status conference, the court finds that the parties have entered into binding arbitration and, therefore, it is appropriate to dismiss this action. Although the Federal Arbitration Act provides that a court should stay an action pending arbitration, *see* 9 U.S.C. § 3, several courts have held that dismissal is appropriate when all of the issues raised in the action must be submitted to arbitration in accordance with a valid and enforceable arbitration agreement.  *See Choice Hotels Int'l, Inc. v. BSR Tropicana Resort, Inc.*, 252 F.3d 707, 709-10 (4th Cir. 2001) ("Notwithstanding the terms of § 3, however, dismissal is a proper remedy when all of the issues presented in a lawsuit are arbitrable."); *Alford v. Dean Witter Reynolds, Inc.*, 975 F.2d 1161, 1164 (5th Cir. 1992) (stating that § 3 of the Federal Arbitration Act "was not intended to limit dismissal of a case in the proper circumstances"and "[t]he weight of authority clearly supports dismissal of the case when *all* of the issues raised in the district court must be submitted to arbitration"); *Rothman Furniture Stores, Inc. v. Everest Software, Inc.*, No. 4:10-CV-

848 CDP, 2010 WL 4319707, at *2 (E.D. Mo. Oct. 22, 2010) ("[W]here all of the issues raised in the Complaint must be submitted to arbitration in accordance with a valid and enforceable arbitration agreement, most courts agree that dismissal of the cause, rather than imposing a stay, is appropriate."); *Kalinski v. Robert W. Baird & Co.*, 184 F. Supp. 2d 944, 946 (D. Neb. 2002) ("Because all of the plaintiff's claims are subject to arbitration, I have the discretion to dismiss this matter rather than to stay it and compel arbitration.").

The arbitration agreement states that the parties "agree to submit to binding arbitration all the controversies [claims and counter claims] between the undersigned parties including but not limited to the following controversy: case no. 2-10-cv-01019-LRR pending in United States District Court for the Northern District of Iowa." Agreement to Submit to Arbitration (docket no. 59-1) at 1. Thus, because all of the issues pending in this action are subject to binding arbitration and binding arbitration is currently underway, the court finds it appropriate to dismiss this action. The Clerk of Court is **DIRECTED** to **DISMISS THIS CASE**.

**IT IS SO ORDERED.**

**DATED** this 10th day of July, 2012.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA